**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DARROL BRUCE BROWN | CIVIL ACTION NO. 04-2383-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| VENETIA T. MICHAEL, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff Darrol Bruce Brown's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 7th day of July, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE